IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:                                          *
                                                CASE NO. 17-01578(ESL)
                                                CHAPTER 11
DR. LAURA I GALINDEZ MATOS

Debtor
_____*


MOTION IN COMPLIANCE WITH ORDER


TO THE HONORABLE COURT:

    NOW COMES the above named debtor through the undersigned attorney and very respectfully alleges and states.

    1.  That the Honorable Court entered Order directing debtor to file seven (7) days prior to Status Conference a report including the following:

    A.  Debtor is a small business as defined in 11 U.S.C. 101 (51C).

    B. Debtor is a doctor in medicine with a sub-specialty in Cardiology. Debtor operates a medical office with a practice in Cardiology and renders professional services for certain hospitals attending patients with Cardiology issues.

    C.  Debtor filed the present bankruptcy mainly due to monies owed to Department of Treasury which debtor accumulated in the past ten (10) years and was unable to pay.

    D.  At present the estimated sum of all professional fees expected to accrue in case is $0.

    E.  There are no significant events pending.

    F.  There is no need for future status conference.

2

G. The plan and Disclosure Statement will be filed within two (3) months.

WHEREFORE it is respectfully requested that this Honorable Court take notice of Debtor's Compliance with Order on Status Conference.

I CERTIFY that on this date I have electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all CM/ECF participants, to Assistant US Trustee, Monsita Lecaroz, Esq., and by First Class U.S. Mail to parties in interest.

In San Juan, Puerto Rico, this May 14, 2017.

/s/ EMILY DARICE DAVILA ESQ
EMILY D DAVILA RIVERA
USDC-PR 214203
MIDTOWN SUITE 311
420 PONCE DE LEON
SAN JUAN, PR 00918
Tel.787 759-8090,FAX 759-9620
davilalawe@prtc.net
davilaww@prtc.net

```
LAURA IVETTE GALINDEZ MATOS
2000 CARR 8177
PMB 353 SUITE 26
GUAYNABO PR 00966

EMILY DARICE DAVILA, ESQ
EMILY D DAVILA LAW FIRM
420 PONCE DE LEON AVE
MIDTOWN SUITE 311
SAN JUAN, PR 00918

AMERICAN EXPRESS
BANKRUPTCY DIVISION
PO BOX 650448
DALLAS TX 75265-0448

BANCO POPULAR DE PR
BANKRUPTCY DIVISION
PO BOX 366818
SAN JUAN PR 00936-6818

CHASE
P0 BOX 94014
PALATINE IL 60094

CRIM
BANKRUPTCY DIVISION
PO BOX 195387
SAN JUAN PR 00919-5387

DEPARTAMENT OF TREASURY
PO BOX 9024140
SAN JUAN PR 00902-4140

DEPARTMENT OF TREASURY
BANKRUPTCY DIVISION
PO BOX 9024140
SAN JUAN PR 00902-2501

DEPARTMENT OF TREASURY
BANKRUPTCY DIVISION
PO BOX 9022501
SAN JUAN PR 00902-2501

DISCOVER CARD SERVICES
BANKRUPTCY DIVISION
PO BOX 15251
WILMINGTON DE 19886

FIRST PREMIER BANK
PO BOX 5147
SIOUX FALLS SD 57117-5147
```

```
INTERNAL REVENUE SERV
PO BOX 7346
PHILADELPHIA PA 19101-7346

MACY'S
PO BOX 8118
MASON OH 45040

MERCEDES BENZ FINANCIAL
PO BOX 131265
ROSEVILLE, MN 55113-0011

MUNICIPIO DE SAN JUAN
BANKRUPTCY DIVISION
PO BOX 70179
SAN JUAN PR 00936-7179

SEARS CARD
BANKRUPTCY DIVISION
PO BOX 78051
PHOENIX AZ 85062

STATE INSURANCE FUND
PO BOX 365028
SAN JUAN PR 00936
```