IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF PUERTO RICO

In RE:

| | | |
|---|---|---|
| LAURA I, GALINDEZ MATOS | * | CHAPTER 11 |
| | * | CASE NO. 15-02794-MCF |
| | * | |
| DEBTORS | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

SUPPLEMENT TO THE SMALL BUSINESS CHAPTER 11 PLAN OF REORGANIZATION
DRA, LAURA I. GALINDEZ MATOS, RE: AMENDED EXHIBITS E, G AND G-1

TO THE HONORABLE COURT:

NOW COMES the above-named debtors through the undersigned attorney and very respectfully prays and alleges:

1. That debtor filed Small Business Chapter 11 Plan of Reorganization dated September 5, 2017 and herewith supplements the same with amended Exhibit E, five year cash flow projection; amended Exhibit G, detail of claims and monthly payments; and Amended Exhibit G-1, claims recap per class.

2. A hearing on confirmation of the Small Business Reorganization Plan is scheduled for

1

December 4, 2017 at 10:30 a.m.

WHEREFORE it is respectfully requested that this Honorable Court take notice of the aforestated.

I CERTIFY that on this date I have electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all CM/ECF participants , to Assistant us Attorney, Monsita Lecaroz, Esq., to Chapter 13 Trustee Alejandro Oliveras, Esq., and by First Class U.S. Mail to parties in interest.

In San Juan, PR this 22 of November 2017.

/S/EMILY DARICE DAVILA
EMILY D. DAVILA, ESQ.
USDC-PR 214503
420 PONCE DE LEON,
MIDTOWN 311
SAN JUAN, PR 00918
TEL. 759-8090 FAX 759-9620
davilalawe@prtc.net

PDF Created with deskPDF PDF Writer - Trial :: http://www.docudesk.com

AMENDED

EXHIBIT E

**LAURA I. CANDELAS MATOS  17-01578 ESL**
*Five years cash flow projections*

| | Effective Date | 1 month | 2 month | 3 month | 4 month | 5 month | 6 month | 7 month | 8 month | 9 month | 10 month | 11 month | 12 month | 1 Year | 2 Year | 3 Year | 4 Year | 5 Year |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Beginning Cash Balance** | $ 3,000.00 | $ 3,000.00 | $ 3,941.65 | $ 768.55 | $ 227.40 | $ 1,169.06 | $ 2,110.71 | $ (1,222.39) | $ (1,378.23) | $ (3,607.09) | $ (3,263.88) | $ (849.07) | $ (2,374.48) | $ 3,000.00 | $ 6.19 | $ (2,673.62) | $ (4,653.18) | $ (7,543.05) |
| Cash Receipts: | | | | | | | | | | | | | | | | | | |
| Acct receivable collections - Medical Office (amounts collected net of 7% income tax withheld) | | 36,281.00 | 36,281.00 | 36,281.00 | 36,281.00 | 36,281.00 | 36,281.00 | 36,643.81 | 37,010.25 | 37,380.35 | 37,754.15 | 38,131.70 | 38,513.01 | 443,119.27 | 447,550.46 | 452,025.97 | 452,025.97 | 452,025.97 |
| Acct receivable collections pre-petition | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Alimony | | 3,000.00 | 3,000.00 | 3,000.00 | 3,000.00 | 3,000.00 | 3,000.00 | 3,000.00 | 3,000.00 | 3,000.00 | 3,000.00 | 3,000.00 | 3,000.00 | 36,000.00 | 36,000.00 | 36,000.00 | 36,000.00 | 36,000.00 |
| **Total Cash Available** | $ 3,000.00 | $ 42,281.00 | $ 43,222.65 | $ 40,049.55 | $ 39,508.40 | $ 40,450.06 | $ 41,391.71 | $ 38,421.42 | $ 38,632.02 | $ 36,773.26 | $ 37,490.27 | $ 40,282.62 | $ 39,138.53 | $ 482,119.27 | $ 483,556.65 | $ 485,352.34 | $ 483,372.78 | $ 480,482.92 |
| Cash Disbursements: | | | | | | | | | | | | | | | | | | |
| Contracted Service | 0.00 | 9,344.00 | 9,344.00 | 9,344.00 | 9,344.00 | 9,344.00 | 9,344.00 | 9,344.00 | 9,344.00 | 9,344.00 | 9,344.00 | 9,344.00 | 9,344.00 | 112,128.00 | 112,128.00 | 112,128.00 | 112,128.00 | 114,370.56 |
| Net payroll | 0.00 | 3,493.00 | 3,493.00 | 3,493.00 | 3,493.00 | 3,493.00 | 3,493.00 | 3,493.00 | 3,493.00 | 3,493.00 | 3,493.00 | 3,493.00 | 3,493.00 | 41,916.00 | 41,916.00 | 41,916.00 | 41,916.00 | 42,754.32 |
| Payroll taxes | 0.00 | 972.00 | 972.00 | 972.00 | 972.00 | 972.00 | 972.00 | 972.00 | 972.00 | 972.00 | 972.00 | 972.00 | 972.00 | 11,664.00 | 11,664.00 | 11,664.00 | 11,664.00 | 11,897.28 |
| Purchase of Medical & Office Supplies | 0.00 | 4,233.00 | 4,233.00 | 4,233.00 | 4,233.00 | 4,233.00 | 4,233.00 | 4,233.00 | 4,233.00 | 4,233.00 | 4,233.00 | 4,233.00 | 4,233.00 | 50,796.00 | 51,303.96 | 51,817.00 | 52,335.17 | 53,381.87 |
| Insurance Expense | 0.00 | 595.00 | 595.00 | 595.00 | 595.00 | 595.00 | 595.00 | 595.00 | 595.00 | 595.00 | 595.00 | 595.00 | 595.00 | 7,140.00 | 7,497.00 | 7,871.85 | 7,871.85 | 7,871.85 |
| Light, Water and Telphone Utilities | 0.00 | 1,866.00 | 1,866.00 | 1,866.00 | 1,866.00 | 1,866.00 | 1,866.00 | 1,866.00 | 1,866.00 | 1,866.00 | 1,866.00 | 1,866.00 | 1,866.00 | 22,392.00 | 23,511.60 | 24,687.18 | 24,934.05 | 25,183.39 |
| Auto Expense | 0.00 | 215.00 | 215.00 | 215.00 | 215.00 | 215.00 | 215.00 | 215.00 | 215.00 | 215.00 | 215.00 | 215.00 | 215.00 | 2,579.96 | 2,605.76 | 2,631.82 | 2,658.14 | 2,684.72 |
| Dues & Subscriptions | 0.00 | 523.00 | 523.00 | 523.00 | 523.00 | 523.00 | 523.00 | 523.00 | 523.00 | 523.00 | 523.00 | 523.00 | 523.00 | 6,276.00 | 6,589.80 | 6,919.29 | 6,919.29 | 6,919.29 |
| State Insurance Fund Premium | 0.00 | 0.00 | 215.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 215.00 | 0.00 | 0.00 | 430.00 | 434.30 | 438.64 | 443.03 | 447.46 |
| Bank Charges | 0.00 | 345.00 | 345.00 | 345.00 | 345.00 | 345.00 | 345.00 | 345.00 | 345.00 | 345.00 | 345.00 | 345.00 | 345.00 | 4,140.00 | 4,347.00 | 4,564.35 | 4,609.99 | 4,656.09 |
| Repairs and maintenance | 0.00 | 563.00 | 563.00 | 563.00 | 563.00 | 563.00 | 563.00 | 563.00 | 563.00 | 563.00 | 563.00 | 563.00 | 563.00 | 6,756.00 | 6,823.56 | 6,891.80 | 6,960.71 | 7,030.32 |
| Promotion and other miscellaneous | 0.00 | 145.00 | 145.00 | 145.00 | 145.00 | 145.00 | 145.00 | 145.00 | 145.00 | 145.00 | 145.00 | 563.00 | 563.00 | 2,576.00 | 2,704.80 | 2,840.04 | 2,840.04 | 2,840.04 |
| Municipal License Tax | 0.00 | 0.00 | 0.00 | 1,107.80 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,107.80 | 0.00 | 0.00 | 2,215.60 | 2,326.38 | 2,442.70 | 2,442.70 | 2,442.70 |
| Personal Property Tax | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,460.30 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,460.30 | 1,474.91 | 1,489.65 | 1,489.65 | 1,489.65 |
| FICA Self Employment Tax | 0.00 | 0.00 | 3,899.76 | 0.00 | 0.00 | 0.00 | 3,899.76 | 0.00 | 3,899.76 | 0.00 | 0.00 | 3,899.76 | 0.00 | 15,599.02 | 15,755.01 | 15,755.01 | 15,755.01 | 16,070.11 |
| Pending Adm Exp- Paid at Effective Date | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total Cash Disbursements** | 0.00 | 22,294.00 | 26,408.75 | 23,401.80 | 22,294.00 | 22,294.00 | 26,193.75 | 23,754.30 | 26,193.75 | 23,616.79 | 22,294.00 | 26,611.75 | 22,712.00 | 288,068.88 | 291,082.08 | 294,057.33 | 294,967.64 | 300,039.66 |
| **Cash Available for Reorganization** | $ 3,000.00 | $ 19,987.00 | $ 16,813.90 | $ 16,647.75 | $ 17,214.41 | $ 18,156.06 | $ 15,197.96 | $ 14,667.12 | $ 12,438.26 | $ 13,156.47 | $ 15,196.28 | $ 13,670.87 | $ 16,426.54 | $ 194,050.39 | $ 192,474.58 | $ 191,295.02 | $ 188,405.15 | $ 180,443.26 |
| **Reorganization items** | | | | | | | | | | | | | | | | | | |
| Legal Fees | | | | | | | | | | | | | | | | 800.00 | 800.00 | 800.00 |
| US Trustee | | | | 375.00 | | | 375.00 | | | 375.00 | | | 375.00 | 1,500.00 | 1,500.00 | 1,500.00 | 1,500.00 | 1,500.00 |
| Priority claims: | | | | | | | | | | | | | | | - | | | - |
| IRS | | 1,707.00 | 1,707.00 | 1,707.00 | 1,707.00 | 1,707.00 | 1,707.00 | 1,707.00 | 1,707.00 | 1,707.00 | 1,707.00 | 1,707.00 | 1,707.00 | 20,484.00 | 20,484.00 | 20,484.00 | 20,484.00 | 6,828.00 |
| PR Treasury | | 2,692.50 | 2,692.50 | 2,692.50 | 2,692.50 | 2,692.50 | 2,692.50 | 2,692.50 | 2,692.50 | 2,692.50 | 2,692.50 | 2,692.50 | 2,692.50 | 32,310.00 | 32,310.00 | 32,310.00 | 32,310.00 | 10,770.00 |
| Municipio de San Juan | | 124.51 | 124.51 | 124.51 | 124.51 | 124.51 | 124.51 | 124.51 | 124.51 | 124.51 | 124.51 | 124.51 | 124.51 | 1,494.12 | 1,494.12 | 1,494.12 | 1,494.12 | 498.04 |
| CRIM | | 49.09 | 49.09 | 49.09 | 49.09 | 49.09 | 49.09 | 49.09 | 49.09 | 49.09 | 49.09 | 49.09 | 49.09 | 589.08 | 589.08 | 589.08 | 589.08 | 196.36 |
| Secured Claims - Class 1 | | 1,950.25 | 1,950.25 | 1,950.25 | 1,950.25 | 1,950.25 | 1,950.25 | 1,950.25 | 1,950.25 | 1,950.25 | 1,950.25 | 1,950.25 | 1,950.25 | 23,403.00 | 23,403.00 | 23,403.00 | 23,403.00 | 23,403.00 |
| General Unsecured Claims - Class 2 | | 322.00 | 322.00 | 322.00 | 322.00 | 322.00 | 322.00 | 322.00 | 322.00 | 322.00 | 322.00 | 322.00 | 322.00 | 3,864.00 | 3,864.00 | 3,864.00 | 3,864.00 | 3,864.00 |
| Personal Living Expenses | | 9,200.00 | 9,200.00 | 9,200.00 | 9,200.00 | 9,200.00 | 9,200.00 | 9,200.00 | 9,200.00 | 9,200.00 | 9,200.00 | 9,200.00 | 9,200.00 | 110,400.00 | 111,504.00 | 111,504.00 | 111,504.00 | 113,734.08 |
| | | | | | | | | | | | | | | | - | | | |
| Total Reorganization Items | $ - | $ 16,045.35 | $ 16,045.35 | $ 16,420.35 | $ 16,045.35 | $ 16,045.35 | $ 16,420.35 | $ 16,045.35 | $ 16,045.35 | $ 16,420.35 | $ 16,045.35 | $ 16,045.35 | $ 16,420.35 | $ 194,044.20 | $ 195,148.20 | $ 195,948.20 | $ 195,948.20 | $ 161,593.48 |
| **Ending Cash Balance** | $ 3,000.00 | $ 3,941.65 | $ 768.55 | $ 227.40 | $ 1,169.06 | $ 2,110.71 | $ (1,222.39) | $ (1,378.23) | $ (3,607.09) | $ (3,263.88) | $ (849.07) | $ (2,374.48) | $ 6.19 | $ 6.19 | $ (2,673.62) | $ (4,653.18) | $ (7,543.05) | $ 18,849.78 |

PDF Created with deskPDF PDF Writer - Trial :: http://www.docudesk.com

AMENDED

EXHIBIT G

## DRA. LAURA I. GALINDEZ MATOS
### DETAIL OF CLAIMS AND MONTHLY PAYMENTS

| POC # | CREDITOR | CLAIM | ALLOWED CLAIM PER CLASS ||||  % OFFER | PROPOSED CLAIM BALANCE TO BE PAID | TERM IN YEARS | PROPOSED MONTHLY PAYMENT UNDER PLAN | TOTAL PAYOUT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | SECURED CLAIMS | PRIORITY TAX CLAIMS | OTHER PRIORITY CLAIMS | GENERAL UNSECURED CLAIMS | | | | | |
| 1 | DISCOVER BANK | 6,228.59 | | | | 6,228.59 | 3.0% | 186.86 | 5.00 | 3.11 | 186.86 |
| 2 | AMERICAN EXPRESS BANK | 15,754.40 | | | | 15,754.40 | 3.0% | 472.63 | 5.00 | 7.88 | 472.63 |
| 3 | AMERICAN EXPRESS CENTURION BANK | 11,802.86 | | | | 11,802.86 | 3.0% | 354.09 | 5.00 | 5.90 | 354.09 |
| 4 | POPULAR AUTO (surrendered) | 17,972.73 | | | | | 0.0% | - | N/A | - | N/A |
| 5 | INTERNAL REVENUE SERVICE | 79,657.87 | | 79,657.87 | | | 100.0% | 79,657.87 | 4.33 | 1,707.00 | 88,764.00 |
| 5 | INTERNAL REVENUE SERVICE | 28,298.09 | | | | 28,298.09 | 3.0% | 848.94 | 5.00 | 14.15 | 848.94 |
| 6 | MERCEDES BENZ FINANCIAL SERVICES | 67,550.00 | 67,550.00 | | | | 100.0% | 67,550.00 | 5.00 | 1,321.69 | 79,301.40 |
| 6 | MERCEDES BENZ FINANCIAL SERVICES | 49,582.65 | | | | 49,582.65 | 3.0% | 1,487.48 | 5.00 | 24.79 | 1,487.48 |
| 7 | CRIM | 2,290.99 | | 2,290.99 | | | 100.0% | 2,290.99 | 4.33 | 49.09 | 2,552.68 |
| 7 | CRIM | 17,038.24 | | | | 17,038.24 | 3.0% | 511.15 | 5.00 | 8.52 | 511.15 |
| 8 | MERCEDES BENZ FINANCIAL SERVICES | 32,125.00 | 32,125.00 | | | | 100.0% | 32,125.00 | 5.00 | 628.56 | 37,713.60 |
| 8 | MERCEDES BENZ FINANCIAL SERVICES | 10,313.08 | | | | 10,313.08 | 3.0% | 309.39 | 5.00 | 5.16 | 309.39 |
| 9 | MUNICIPIO DE SAN JUAN | 5,810.51 | | 5,810.51 | | | 100.0% | 5,810.51 | 4.33 | 124.51 | 6,474.52 |
| 9 | MUNICIPIO DE SAN JUAN | 2,939.55 | | | | 2,939.55 | 3.0% | 88.19 | 5.00 | 1.47 | 88.19 |
| 10 | PREMIER BANKCARD LLC | 924.57 | | | | 924.57 | 3.0% | 27.74 | 5.00 | 0.46 | 27.74 |
| 11 | PREMIER BANKCARD LLC | 630.90 | | | | 630.90 | 3.0% | 18.93 | 5.00 | 0.32 | 18.93 |
| 12 | BANCO POPULAR DE PR | 11,498.79 | | | | 11,498.79 | 3.0% | 344.96 | 5.00 | 5.75 | 344.96 |
| 13 | PR DEPARTMENT OF TREASURY | 125,646.70 | | 125,646.70 | | | 100.0% | 125,646.70 | 4.33 | 2,692.50 | 140,010.00 |
| 13 | PR DEPARTMENT OF TREASURY | 463,586.66 | | | | 463,586.66 | 3.0% | 13,907.60 | 5.00 | 231.79 | 13,907.60 |
| 14 | STATE INSURANCE FUND | 641.06 | | | | 641.06 | 3.0% | 19.23 | 5.00 | 0.32 | 19.23 |
| N/A | CHASE MANHATTAN | 15,915.15 | | | | 15,915.15 | 3.0% | 477.45 | 5.00 | 7.96 | 477.45 |
| N/A | MACY'S | 5,479.13 | | | | 5,479.13 | 3.0% | 164.37 | 5.00 | 2.74 | 164.37 |
| N/A | SEARS CARD | 3,876.32 | | | | 3,876.32 | 3.0% | 116.29 | 5.00 | 1.94 | 116.29 |
| | **TOTAL CLAIMS** | **$ 975,563.84** | **$ 99,675.00** | **$ 213,406.07** | **$ 0.00** | **$ 644,510.04** | | **$ 332,416.37** | | **$ 6,845.61** | **$ 374,151.50** |

1

PDF Created with deskPDF PDF Writer - Trial :: http://www.docudesk.com

AMENDED

EXHIBIT G-1

**DRA. LAURA I. GALINDEZ MATOS**

**CLAIMS RECAP PER CLASS:**

|  | MONTHLY PAYMENT | LUMP SUM | TOTAL PAY OUT |  | TOTAL ALLOWED CLAIMS |
|---|---|---|---|---|---|
| 1) **SECURED CLAIMS** |  |  |  |  |  |
| None | $ 1,950 | $ 0 | $ 117,015 | N/A | $ 99,675 |
| 2) **UNSECURED CLAIMS** |  |  |  |  |  |
| *Class 1* | 322 | 0 | 19,335 | 3.00% | 644,510 |
| 3) **PRIORITY TAX CLAIMS** | 4,573 | 0 | 237,801 | 111.43% | 213,406 |
| TOTAL CLAIMS | $ 6,846 | $ 0 | $ 374,152 |  | $ 957,591 |

1

PDF Created with deskPDF PDF Writer - Trial :: http://www.docudesk.com