IN THE UNITED STATES BANKRUPTCFY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re | * |
| DRA LAURA GALINDEZ MATOS | * CASE NO. 17-01578 (ESL) |
| Debtors | * CHAPTER 11 |

FINAL ACCOUNTING AND MOTION FOR FINAL DECREE

COMES NOW, Debtor in the above case, and pursuant to FRBP 2015(a)(5) submits this Final Accounting and Motion for entry of an Order of Final Decree pursuant to FRBP 3022 as follows:

1. On March 7, 2017 Debtor filed a voluntary petition under Chapter 11 and as of that date, has been managing their affairs as DIP pursuant to 11 U.S.C. 1107.

2. On September 5, 2017 Debtor filed Small Business Plan which was confirmed by the Court on February 6, 2018.

3. The Plan contained three classes of creditors, divided into the following:

 (a) Class 1 Claimants: This class consisted of secured creditors.

 (b) Class 2 Claimants: This class consisted of the allowed general unsecured claims, to be paid in 60 monthly installments.

(b) Class 3 Claimants: This class consisted of the equity interest holders.

(c) Priority Claimants: This class consisted of the allowed priority tax claims.

4. The Plan, as confirmed, has been partially consummated pursuant to Local Rule Bankruptcy Procedure 3022-1 (b) (1). All administrative expenses have been paid, including all quarterly fees and all post-petition taxes.

5. The aforementioned classes are being paid according to the terms and conditions of Debtors' plan. See attached list of payments.

(a) Class 1 payments are being made in accordance with the plan.

(b) Class 2 payments are being made in accordance with the plan.

(C) Priority tax claims are being made in accordance with the plan.

## Compliance with Local Rules

6. This Application is respectfully submitted in compliance with Local Rule 3022-1(b).

7. In accordance with Local Rule 3022-1(b) (1) Debtor affirms that the plan has been substantially consummated in accordance with its terms, the Confirmation Order and any subsequent Orders with this Court.

8. In accordance with Local Rule 3022-1(b)(2), Debtors affirm that they have adjudicated or paid all administrative claims as evidence by attached Exhibit A listing the names, addresses and amounts paid to each of the recipients.

9. Pursuant to Local Rule 3022-1(b)(3), Debtors affirm they have substantially consummated all of the distributions prescribed by the plan as evidenced by attached Exhibit B is a report listing the names, addresses and amounts paid to such eligible claimant.

10. In accordance with Local Rule 3022-1(b)(4), Debtors are including as Exhibit C a list of all remaining distributions prescribed by the plan containing the names, addresses and amounts to be paid to such eligible party.

11. In compliance with Local Rule 3022-1(b)(5), Debtors hereby certify that there are no distributions tendered but returned, and as such the Exhibit D required by Local Rule does not apply.

12. Pursuant to Local Rule 3022-1(d), attached hereto as Exhibit E is Debtor's Bankruptcy Closing Report on Local Bankruptcy Form, setting forth the amounts distributed to each class under the Plan.

13. In view of the aforementioned Debtors confirmed plan of reorganization has been substantially consummated, and accordingly this Court can issue a Final Decree.

WHEREFORE, Debtors pray that this accounting be approved and a Final Decree be entered to close this case.

14 DAYS NOTICE

TO ALL PARTIES IN INTEREST:

WITHIN fourteen (14) days after services as evidenced by the Certification and an additional three (3) days pursuant to Federal Rules of Bankruptcy Procedure 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless; (i) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.

I hereby certify that a true and exact copy of the foregoing has been electronically mailed to Assistant U.S. Trustee, Monsita Lecaroz, Esq., to all CM/ECF participants and by regular mail to all parties in interest.

In San Juan, Puerto Rico this August 21, 2018.

/s/EMILY D. DAVILA
U.S.D.C.-P.R. #214503
420 PONCE DE LEON MIDTOWN #311
SAN JUAN, PR 00918
Tel.759-8090,FAX 759-9620
davilalawe@prtc.net
davilalaww@prtc.net

**EXHIBIT A**

ADMINISTRATIVE EXPENSES

Administrative expenses have been paid by Debtor to:

1. UNITES STATE TRUSTEE
   Edificio Ochoa 500
   Tanca Street Suite 301
   San Juan, PR 00901-1922
   Amount paid:   $ 5,210.88
   Date:          August 21,2018

2. UNIVERSAL CARE CORPORATION
   Bayamón, PR 00959
   Amount paid:   $ 4,007.29
   Date:          August 21, 2018

3. AEE
   1800 PR-8838,
   San Juan, PR 00926
   Amount paid:   $ 7,318.39
   Date:          August 21, 2018

4. AAA
   Edificio Sergio Cuevas
   Bustamante 604 Ave. Barbosa
   Hato Rey, PR San Juan
   Amount paid:   $ 2,470.84
   Date:          August 21, 2018

5. LIBERTY CABLEVISION
   279 avenida Juan Ponce de León,
   San Juan, PR 00917
   Amount paid:   $ 5,713.75
   Date:          August 21, 2018

6. AT&T
   Avenue Roosevelt Esq Avenue
   San Patricio San Patricio Plaza,
   Guaynabo, PR 00968
   Amount paid:   $ 14,197.93
   Date:          August 21, 2018

7. MAIL TO OFFICE
   1404 Ave. Paz Granela
   Suite #2
   San Juan, PR 00961
   Amount paid:   $ 927.16
   Date:          August 21, 2018

8. OFFICE MAX
   #9 Calle D
   Los Frailes Ind Pa,
   Guaynabo, PR 00969.
   Amount paid:   $ 8,607.69
   Date:          August 21, 2018

9. BANCO POPULAR DE PUERTO RICO
   208 avenida Luis Muñoz Rivera,
   San Juan, PR 00918
   Amount paid:   $ 2,808.45
   Date:          August 21, 2018

10. SAMS CLUB
    Plaza Centro II
    Ave Rafael Cordero,
    Caguas, PR 00725
    Amount paid:   $ 9,051.81
    Date:          August 21, 2018

11. IMPRESOS CAPARRA
    1118 calle 54 SE
    Repto Metropolitano,
    San Juan, PR 00923
    Amount paid:   $ 1,209.79
    Date:          August 21, 2018

12. QUALITY WATER
    P.O. Box 9020096
    San Juan, PR 00902
    Amount paid: $ 867.40
    Date: August 21, 2018

13. SIMED
    1492 avenida Juan Ponce de León,
    San Juan, PR 00909
    Amount paid: $ 5,743.13
    Date: August 21, 2018

14. HOME DEPOT
    State Hwy. 52 And Sr 842,
    San Juan, PR 00928
    Amount paid: $ 5,242.08
    Date: August 21, 2018

15. SMART DILIGENCE
    San Juan, PR 00921
    Amount paid: $ 500.00
    Date: August 21,2018

16. Luz Dávila
    Calle Topacio D30
    Paseo Real
    Dorado, PR 00646
    Amount paid: $ 29,912.19
    Date: August 21, 2018

17. Walymar Montaño
    Barr. Saint Luois
    Calle Cana #7
    Aibonito, PR 00705
    Amount paid: $ 11,069.76
    Date: August 21, 2018

18. Zuleika Muñoz
    1404 Avenida Paz Granela
    Suite #2 PMB 400
    San Juan, PR 00921
    Amount paid: $ 48,005.24
    Date: August 21, 2018

19. DE ANGEL & COMP
    1887-1893 Av. Glasgow,
    San Juan, PR 00921
    Amount paid: $11,913.99
    Date: August 21, 2018

20. SECRETARIO DE HACIENDA
    P.O. BOX 9024140
    San Juan, PR 00902
    Amount paid: $ 4,250.51
    Date: August 21, 2018

21. DEPARTAMENTO DE HACIENDA
    P.O. BOX 195540
    San Juan, PR 00919
    Amount paid: $864.00
    Date: August 21, 2018

22. MUNICIPIO DE SAN JUAN
    P.O. BOX 70179
    San Juan, PR 00936
    Amount paid: $ 629.90
    Date: August 21, 2018

23. INMEDIATA HEALTH
    636 San Patricio Avenue,
    Second Floor
    San Juan, PR 00920
    Amount paid: $306.00
    Date: August 21, 2018

24. OLIVER EXTERMINATING
    16 calle Utuado,
    San Juan, PR 00917
    Amount paid: $144.24
    Date: August 21, 2018

25. MAPFRE
    PO Box 70333
    San Juan, PR 00936-8333
    Amount paid: $250.00
    Date: August 21, 2018

26. BIZMATIC
    4010 Moorpark Ave #222
    San José, CA 95117
    Amount paid: $597.00
    Date: August 21, 2018

27. IRS
    P.O. BOX 9024140
    San Juan, PR 00902
    Amount paid: $ 4,838.20
    Date: August 21, 2018

28. WALGREENS
    35 Avenida Juan Carlos de Borbón
    #77, Guaynabo, 00969
    Amount paid: $ 3,092.72
    Date: August 21, 2018

29. CRIM
    P.O. BOX 195387
    San Juan, PR 00919
    Amount paid: $ 2,452.72
    Date: August 21, 2018

30. CORP. FONDO SEGURO DEL ESTADO
    P.O. BOX 365028
    San Juan, PR 00936
    Amount paid: $215.21
    Date: August 21, 2018

**EXHIBIT B**

DISTRIBUTION OF PAYMENT TO RECIPIENTS

The following creditors have begun receiving their respective payments:

| **CREDITORS & ADDRESS** | **PAYMENTS** |
|---|---|
| 1. AMERICAN EXPRESS<br>Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | $68.90<br><br>AUGUST 21, 2018 |
| 2. BPPR<br>PO BOX 362708<br>San Juan, PR 00936 | $28.75<br><br>AUGUST 21, 2018 |
| 3. CHASE<br>P0 BOX 94014<br>Palatine IL 60094 | $39.80<br><br>AUGUST 21, 2018 |
| 4. CRIM<br>PO BOX 195387<br>San Juan PR 00919-5387 | $288.05<br><br>AUGUST 21, 2018 |
| 5. DEPARTAMENT OF TREASURY<br>PO BOX 9024140<br>San Juan PR 00902-4140 | $5,848.58<br><br>AUGUST 21, 2018 |
| 6. DISCOVER CARD SERVICES<br>PO BOX 3025<br>New Albany, OH 43054-3025 | $15.55<br><br>AUGUST 21, 2018 |

7. MERCEDES BENZ $ 11,881.20
   PO Box 5209
   Carol Stream, IL 60197-5209    AUGUST 21, 2018

8. IRS- DIRECCION DE PAGOS $4,207.44
   City View Plaza II 48 CARR 165 Suite #2000,
   Guaynabo PR 0968-8000    AUGUST 21, 2018

9. PREMIER BANK, Jefferson Capital Systems, LLC $3.90
   PO BOX 772813
   Chicago IL, 60677-2813    AUGUST 21, 2018

10. MUNICIPIO DE SAN JUAN $629.90
    PO BOX 70179
    San Juan PR 00936-7179    AUGUST 21, 2018

11. SEARS CARD $9.70
    PO BOX 78051
    Phoenix AZ 85062    AUGUST 21, 2018

12. STATE INSURANCE FUND $1.60
    PO BOX 365028
    San Juan PR 00936    AUGUST 21, 2018

13. MACY'S $13.70
    PO BOX 8118
    Mason OH 45040    AUGUST 21, 2018

**EXHIBIT C**

DISTRIBUTION OF PAYMENT TO RECIPIENTS

The remaining distributions prescribe by the plan:

**CREDITORS & ADDRESS**                                                                                           **SUM OWED**

1. AMERICAN EXPRESS                                                                $ 757.82
   Becket and Lee LLP
   PO Box 3001                                                                      AUGUST 21, 2018
   Malvern PA 19355-0701

2. BPPR                                                                             $ 316.21
   PO BOX 362708
   San Juan, PR 00936                                                               AUGUST 21, 2018

3. CHASE                                                                            $ 437.65
   PO BOX 94014
   Palatine IL 60094                                                                AUGUST 21, 2018

4. CRIM                                                                             $ 2,775.78
   PO BOX 195387
   San Juan PR 00919-5387                                                           AUGUST 21, 2018

5. DEPARTAMENT OF TREASURY                                                          $ 148,059.02
   PO BOX 9024140
   San Juan PR 00902-4140                                                           AUGUST 21, 2018

6. DISCOVER CARD SERVICES                                                           $ 171.31
   PO BOX 3025
   New Albany, OH 43054-3025                                                        AUGUST 21, 2018

7.  MERCEDES BENZ  $106,930.67
    PO Box 5209
    Carol Stream, IL 60197-5209  AUGUST 21, 2018

8.  IRS- DIRECCION DE PAGOS  $105,299.91
    City View Plaza II 48 CARR 165 Suite #2000,
    Guaynabo PR 0968-8000  AUGUST 21, 2018

9.  PREMIER BANK, Jefferson Capital Systems, LLC  $42.77
    PO BOX 772813
    Chicago IL, 60677-2813  AUGUST 21, 2018

10. MUNICIPIO DE SAN JUAN  $5,932.81
    PO BOX 70179
    San Juan PR 00936-7179  AUGUST 21, 2018

11. SEARS CARD  $106.59
    PO BOX 78051
    Phoenix AZ 85062  AUGUST 21, 2018

12. STATE INSURANCE FUND  $639.46
    PO BOX 365028
    San Juan PR 00936  AUGUST 21, 2018

13. MACY'S  $5,465.43
    PO BOX 8118
    Mason OH 45040  AUGUST 21, 2018

EXHIBIT D

There were no distributions tendered but returned and as such Section (5) of Local Bankruptcy Rule 3022-1(b) does not apply.

EXHIBIT E

STATISTICAL BANKRUPTCY CLOSING REPORT FOR CONFIRMED CHAPTER 11 CASE

1. $394,046.00 Gross receipts.

2. 3% % Dividend to be paid. The percentage dividend reported is that which is to be paid to General Unsecured Creditors Class #5..

3. $ 0. Trustee Compensation.

4. $ 0. Trustee Expenses.

5. $ 0. Fees and expenses for Attorney for Trustee.

6. $0. Fees and expenses for Attorney for Debtor.

7. $0. Total Fees and expenses for all other professionals.

Items 3-7: These amounts should include fees and expenses that were applied for and approved by the Court during the pendency of the case.

8. $117,115.00 Total Secured Claims to be paid

9. $257,690.00 Total Priority Claims to be paid.

10. $ 19,341.00 Total Unsecured Claims to be paid.

11. $ 0. Total Equity Security Holder Distribution

Items 8-11: These amounts should reflect the total amount of all payments to be made pursuant to the confirmed plan, even if payments are to continue after case is closed.

13. $394,046.00 Total Disbursements (Add items 3-11. This amount should be the same amount as item 1).

The filer acknowledges that all fees payable to the Court and the United States Trustee have been paid in full. This form is to be filed as an exhibit to the Application for Final Decree.

```
LAURA IVETTE GALINDEZ MATOS
2000 CARR 8177
PMB 353 SUITE 26
Guaynabo PR 00966

EMILY DARICE DAVILA ESQ
EMILY D DAVILA LAW FIRM
420 PONCE DE LEON AVE
MIDTOWN SUITE 311
San Juan PR 00918

AMERICAN EXPRESS
BANKRUPTCY DIVISION
PO BOX 650448
Dallas TX 75265-0448

CITIBANK
PO BOX 11917
SAN JUAN PR 00922-1917

CHASE
P0 BOX 94014
Palatine IL 60094

CRIM
BANKRUPTCY DIVISION
PO BOX 195387
SAN JUAN PR 00919-5387

DEPARTAMENT OF TREASURY
PO BOX 9024140
San Juan PR 00902-4140

DEPARTMENT OF TREASURY
BANKRUPTCY DIVISION
PO BOX 9024140
SAN JUAN PR 00902-2501

DEPARTMENT OF TREASURY
BANKRUPTCY DIVISION
PO BOX 9022501
SAN JUAN PR 00902-2501

DISCOVER CARD SERVICES
BANKRUPTCY DIVISION
PO BOX 15251
WILMINGTON DE 19886

DISCOVER FINANCIAL SERVICES, LLC
PO BOX 3025
NEW ALBANY, OH 43054-30025

FIRST PREMIER BANK
```

```
PO BOX 5147
SIOUX FALLS SD 57117-5147

INTERNAL REVENUE SERV
PO BOX 7346
PHILADELPHIA PA 19101-7346

MACY'S
PO BOX 8118
MASON OH 45040

MERCEDES BENZ FINANCIAL
C/O BK SERVICING, LLC
PO BOX 131265
ROSEVILLE MN 55113-0011

PR DEPARTMENT OF LABOR
PRUDENCIO RIVERA MARTINEZ
505 MUNOZ RIVERA AVE
12 FLOOR
SAN JUAN, PR 00918

SEARS CARD
BANKRUPTCY DIVISION
PO BOX 78051
Phoenix AZ 85062

STATE INSURANCE FUND
PO BOX 365028
San Juan PR 00936-5028
```