# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **IN RE:** | |
| **LAURA GALINDEZ MATOS,** | **CASE NO. 17-01578 (ESL)** |
| Debtor. | **CHAPTER 11** |

## UNITED STATES TRUSTEE'S POSITION
## ON DEBTOR'S APPLICATION FOR FINAL DECREE

TO THE HONORABLE COURT:

Daniel M. McDermott, United States Trustee for Region 21, through his undersigned counsel, respectfully states and prays as follows:

1. On August 14, 2018, Debtor filed an Application for Final Decree. (Docket No. 122).

2. The United States Trustee notes that Debtor currently owes $1,953.55 in quarterly fees for the first and second calendar quarters of 2018. *See* Exhibit A – Account Reconciliation Report.

3. As of today, Debtor has also failed to file the operating report for July 2018.

4. Debtor should continue to file operating reports until the final decree is entered.

5. Lastly, the Application carries a 14-day objection language, whereas PR LBR 3022-1(d) requires a 21-day objection language.

6. Therefore, the United States Trustee requests the Court to order Debtor to pay the outstanding quarterly fees, and file the operating report for July 2018, before the Application for Final Decree is granted.

**WHEREFORE**, the United States Trustee respectfully requests the Court order Debtor to pay the outstanding quarterly fees, and file the operating report for July 2018, before the Application for Final Decree is granted.

NOTICE
WITHIN FOURTEEN (14) DAYS AFTER SERVICE AS EVIDENCED BY THE
CERTIFICATE OF SERVICE BELOW, AND AN ADDITIONAL THREE (3) DAYS

Case:17-01578-ESL11 Doc#:123 Filed:08/29/18 Entered:08/29/18 12:11:29 Desc: Main
Document Page 2 of 2

UNITED STATES TRUSTEE'S POSITION AS TO APPLICATION FOR FINAL DECREE
IN RE: LAURA GALINDEZ MATOS, CASE No. 17-01578 (ESL). Page 2 of 2

PURSUANT TO FED. R. BANK. P. 9006(f) IF YOU WERE SERVED BY MAIL, ANY PARTY AGAINST WHOM THIS PAPER HAS BEEN SERVED, OR ANY OTHER PARTY TO THE ACTION WHO OBJECTS TO THE RELIEF SOUGHT HEREIN, SHALL SERVE AND FILE AN OBJECTION OR OTHER APPROPRIATE RESPONSE TO THIS PAPER WITH THE CLERK'S OFFICE OF THE U.S. BANKRUPTCY COURT FOR THE DISTRICT OF PUERTO RICO. IF NO OBJECTION OR OTHER RESPONSE IS FILED WITHIN THE TIME ALLOWED HEREIN, THE PAPER WILL BE DEEMED UNOPPOSED AND MAY BE GRANTED UNLESS: (I) THE REQUESTED RELIEF IS FORBIDDEN BY LAW; (ii) THE REQUESTED RELIEF IS AGAINST PUBLIC POLICY; OR (iii) IN THE OPINION OF THE COURT, THE INTEREST OF JUSTICE REQUIRES OTHERWISE.

## CERTIFICATE OF SERVICE

**I DO HEREBY CERTIFY** that on this day I electronically filed a true and exact copy of the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to all CM/ECF participants.

**I DO HEREBY FURTHER CERTIFY** that on this same date a true and exact copy of the foregoing has been sent by regular United States mail to the following parties:

LAURA IVETTE GALINDEZ MATOS
1404 AVE PAZ GRANELA
PMB 353 STE 2
SAN JUAN, PR 00921

**DATED: August 29, 2018**

DANIEL M. MCDERMOTT
United States Trustee for Region 21

MONSITA LECAROZ ARRIBAS
Assistant United States Trustee

U.S. DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
Edificio Ochoa, 500 Tanca Street, Suite 301
San Juan, Puerto Rico 00901-1922
Tel.: (787) 729-7445
Fax: (787) 729-7449

(Electronically Filed)

By: s/ Julio Guzmán-Carcache
Julio Guzmán-Carcache
Trial Attorney
USDC-PR No. 230104
Julio.Guzman@usdoj.gov